■ ALBANY MEDICAL COLLEGE, Appellant, v RICHARD H. McSHANE, Respondent. — Motion for reargument denied, without costs.

Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in reversing Special Term's order and judgment and denying defendant's motion for summary judgment dismissing the complaint?" Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

(February 4, 1985)

■ In the Matter of C. JAMES LOMBARDI, JR., Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Corrections, et al., Respondents. — Motion for permission to proceed as a poor person with assignment of counsel on appeal from an order in a proceeding pursuant to CPLR article 78 vacating so much of a prior order which prohibited respondents from transferring petitioner from one correctional facility to another. Motion denied on the ground that such order is not appealable as of right and permission to appeal has not been granted (see, CPLR 5701 [b] 1; [c]). Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Harvey, JJ., concur.